## Commonwealth *v.* Lawson, Appellant.

Submitted March 16, 1970. *Jerome R. Verlin,* for appellant; *Carroll S. Connard,* Assistant District Attorney, *James D. Crawford,* Deputy District Attorney, *Richard A. Sprague,* First Assistant District Attorney, and *Arlen Specter,* District Attorney, for Commonwealth, appellee.

Order affirmed.